**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PATRICIA LANMAN,

    Plaintiff,

v.                                        Case No. 04-00122

ROBERT HINSON, et al.,

    Defendants.
                                             /

**ORDER STAYING CASE AND SETTING TELEPHONE CONFERENCE**

On November 19, 2008, the court conducted a status conference in the above-captioned case.  During the conference, the parties suggested, and the court agreed, that if entered into in good faith, facilitative mediation is likely to achieve a mutually agreeable resolution to this action.  The parties proposed a mediator, William Jack, and have scheduled a mediation for January 14, 2009.  Accordingly,

IT IS ORDERED that, in an effort to conserve resources, all formal proceedings in this case are STAYED pending further order of the court.

The parties are hereby DIRECTED to appear, with counsel, at the Grand Rapids office of Smith Haughey Rice & Roegge on **January 14, 2009** at a time to be set by Mr. Jack.  Plaintiff shall pay 50% of the mediation, and Defendants shall share the remaining 50% of the cost.  **In the event any party does not appear, he or she will be responsible for 100% of the costs, including the time of the mediator and attorneys fees for both sides.**

IT IS ALSO ORDERED that the court will conduct a telephone conference on **January 15, 2009 at 11:00 a.m.** to discuss whether the case has settled and, if not, how the case should proceed.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: December 1, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 1, 2008, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522