UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA LANMAN,

    Plaintiff,

v.                                     Case No. 04-00122

ROBERT HINSON, et al.,

    Defendants.
                                     /

**ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF SETTLEMENT
AND AUTHORIZATION FOR DISTRIBUTION OF SETTLEMENT PROCEEDS**

      Before the court is Plaintiff's "Motion for Approval of Settlement and Authorization for Distribution of Settlement Proceeds . . .," filed on February 17, 2009. The court conducted a telephone conference on the matter on February 19, 2009, at which time defense counsel indicated that Defendants do not oppose the motion.  The parties also indicated that no hearing is necessary on the motion.  The court will accordingly grant the motion.

      IT IS ORDERED that Plaintiff's unopposed "Motion for Approval of Settlement and Authorization for Distribution of Settlement Proceeds . . ." [Dkt. # 78] is GRANTED, and the settlement proceeds shall be distributed as set forth in Plaintiff's motion.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 19, 2009, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522